VERDICT FORM A

We, the jury, find for George Reaves and against Ilijah Kuresevic and Ilinka Kuresevic, d/b/a Kim Xpress, and further find the following:

First, we assess the damages for George Reaves in the sum of $2,200,000, itemized as follows:

- The disfigurement experienced, and reasonably certain to be experienced in the future    $ 0

- The disability experienced, and reasonably certain to be experienced in the future    $ 0

- Loss of a normal life experienced, and reasonably certain to be experienced in the future    $ 100,000

- Increased risk of future harm resulting from the injuries    $ 0

- The pain and suffering experienced, and reasonably certain to be experienced in the future    $ 1.5 million

- The emotional distress experienced, and reasonably certain to be experienced in the future    $ 300,000

- The reasonable expense of necessary medical care, treatment, and services received    $ 300,000

- Value of the earnings lost    $ 0

Second, with respect to Sheridan Reaves, we assess the reasonable value of the services of her husband of which she has been deprived and the present cash value of the services of her husband which she is reasonably certain to be deprived in the future in the sum of $ 0.

Third, assuming that 100% represents the total combined negligence of all persons whose negligence proximately contributed to George and Sheridan Reaves's injuries, including George Reaves and Ilijah Kuresevic, we find that the percentage of such negligence attributable solely to George Reaves is 50 percent (%).

Fourth, after reducing the total damages sustained by George Reaves and Sheridan Reaves by the percentage attributable solely to George Reaves, we assess George Reaves's recoverable damages in the sum of $ 1,100,000, and we assess Sheridan Reaves's recoverable damages in the sum of $ 0.